FILED

06/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0237

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 21-0237

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| PHILIP R. WIRTH, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **EXTENSION** |
| LEWIS & CLARK COUNTY | ) | |
| AND THE BRIDGE CREEK | ) | |
| ESTATE HOMEOWNERS | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Appellees. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In accordance with Rule 26(1), M.R.App.P., the Appellant, Philip R. Wirth

is granted a 30-day extension of time up to and including August 28, 2021, to file

his opening brief in this appeal.

cc: Joseph P. Cosgrove
Leo Gallagher/C. Nicholas Hash
Cherche Prezeau/Colin Phelps

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 30 2021